**RICHARD A. BESHWATE, JR. 179782**
ATTORNEY AT LAW
2014 TULARE STREET, SUITE 414
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 266-5000
FACSIMILE: (559) 266-0507

Attorney for Defendant, MELISSA ANN LOPEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MELISSA ANN LOPEZ,<br><br>　　　　Defendant. | CASE NO. 1-09-CR-00053 AWI<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING**<br><br>DATE: AUGUST 3, 2009<br>TIME: 9:00 am<br>JUDGE: Hon. ANTHONY W. ISHII |

　　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel RICHARD A. BESHWATE, JR, attorney for Defendant, and MARK CULLERS, Assistant U.S. Attorney for Plaintiff, that the sentencing hearing currently scheduled for August 3, 2009, at 9:00 a.m. shall be continued until SEPTEMBER 8, 2009, at 9:00 a.m.

///

///

This continuance is necessary due to a death in Ms. Lopez' family and so that both parties have sufficient time to continue negotiations on matters relevant to the sentencing and for both parties to have additional time to prepare for the hearing.

DATED: July 30, 2009

Respectfully submitted,

/S/ Richard A. Beshwate, Jr.
RICHARD A. BESHWATE, JR.
Attorney for Defendant, MELISSA ANN LOPEZ

DATED: July 30, 2009

Respectfully submitted,

/S/ Mark Cullers
MARK CULLERS
Assistant U.S. Attorney

**ORDER**

IT IS HEREBY ORDERED THAT the date set for sentencing hearing be continued to SEPTEMBER 8, 2009, at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   July 30, 2009**               /s/ Anthony W. Ishii
CHIEF UNITED STATES DISTRICT JUDGE